UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 15-7690-SVW (KS)                                              Date: December 7, 2015

Title       *Brian Kakowski v. Sheriff Stan Sniff et al*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

|  Roxanne Horan-Walker  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:  ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 8, 2015, the Court dismissed Plaintiff's Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint no later than November 9, 2015 if he wanted to pursue this action. (Dkt. No. 5.)

On October 19, 2015, Plaintiff filed a motion for appointment of counsel (Dkt. No. 6) and a motion to waive prepayment of the filing fee (Dkt No. 7), both of which the Court denied (Dkt. No. 8). On November 12, 2015, Plaintiff filed a Notice of Change of Address. (Dkt. No. 11.) On November 30, 2015, in response to that Notice, the Court re-sent Plaintiff the October 26, 2015 Order denying Plaintiff's motions for counsel and to waive prepayment of the filing fee.

Plaintiff's deadline for filing a First Amended Complaint lapsed 28 days ago and, although Plaintiff has communicated with the Court regarding other aspects of his case, he has yet to file a First Amended Complaint. Accordingly, **Plaintiff is ORDERED TO SHOW CAUSE, on or before December 29, 2015, why this action should not be dismissed for failure to prosecute and comply with court orders.**

To discharge this Order, Plaintiff must file: (1) a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to comply with the Court's October 8, 2015 order; and (2) a First Amended Complaint. Alternatively, if Plaintiff does not wish to pursue any of the dismissed claims, he may file a document entitled Notice Of Voluntary Dismissal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-7690-SVW (KS)                                          Date: December 7, 2015

Title   *Brian Kakowski v. Sheriff Stan Sniff et al*

     **Plaintiff's failure to timely respond to this order and establish good cause for his failure to comply with the October 7, 2015 order <u>will</u> result in a recommendation to dismiss this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

     **IT IS SO ORDERED.**

                                                                                                                        :
**Initials of Preparer**   rh