**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN KAKOWSKI,** | **NO. CV 15-7690-SVW (KS)** |
| **Plaintiff,** | |
| **v.** | **ORDER ACCEPTING FINDINGS AND** |
| | **RECOMMENDATIONS OF UNITED** |
| **CAPTAIN PINGEL, et al,** | **STATES MAGISTRATE JUDGE** |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the February 2, 2016 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\
\\
\\

1

2    Accordingly, IT IS ORDERED that:  (1) the equal protection claim against Defendant
     Pingel is DISMISSED with prejudice; and (2) the claims against Defendant Lynn are
3    DISMISSED with prejudice.

4

5    DATED:  March 29, 2016

6                                                        _____
7                                                              STEPHEN V. WILSON
                                                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28