UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-7690-SVW (KS)                                         Date: June 24, 2016

Title   *Brian Kakowski v. Captain Pingel, et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

Roxanne Horan-Walker
Deputy Clerk                                                 Court Reporter / Recorder

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER**

On May 23, 2016, the United States Marshal filed process receipts and returns indicating that, on May 18, 2016, Defendants Pingel, Frank, Garwood, and Balcazar were served with Plaintiff's Second Amended Complaint (Dkt. No. 22), as amended by the Court's March 29, 2016 order accepting the Report and Recommendation of the Magistrate Judge (Dkt Nos. 26, 30). (Dkt. Nos. 41-44.) Defendants' deadline for filing an answer or Rule 12 motion was June 8, 2016. (*See id.*; *see also* Dkt. No. 34.)

To date, no answer or Rule 12 motion has been filed. Accordingly, on June 20, 2016, Plaintiff filed a Motion for Default Judgment ("Motion for Default"). (Dkt. Nos. 49, 50.) On June 24, 2016, attorneys Arthur Kenneth Cunningham and Eric Angel filed Notices of Appearance on behalf of Defendants. (Dkt. Nos. 52, 54.)

**IT IS HEREBY ORDERED that Defendants shall show cause, no later than July 8, 2016, why the Motion for Default should not be granted** and a default judgment entered in favor of Plaintiff. Defendants may discharge this Order by filing an answer or Rule 12 motion responding to the operative complaint and a declaration establishing good cause for the delay.

**Defendants' failure to timely comply with this Order, file an answer or Rule 12 motion, and establish good cause for the delay may result in a recommendation to grant the Motion for Default.**

:
**Initials of Preparer**   rhw