FILED
CLERK, U.S. DISTRICT COURT

MAY 18 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN KAKOWSKI, | ) | NO. CV 15-7690-SVW (KS) |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING STIPULATION TO** |
| | ) | **DISMISS COMPLAINT WITH PREJUDICE** |
| CAPTAIN PINGEL, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice.

2. The settlement is further memorialized in a written settlement agreement.

3. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

4.     This Order is the result of a compromise of disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED:

5/18/17

_____
STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE